## N. SOLOMON et al. v. J. T. ELLIOTT LUMBER COMPANY.

### No. 3144.

Court of Civil Appeals of Texas. El Paso.
Jan. 31, 1935.

Bond & Porter, of Terrell, for plaintiff in error.

Monroe Ashworth, of Kaufman, for defendant in error.

WALTHALL, Justice.

This case presents an appeal by appellant by writ of error. The judgment entered was a judgment by default in favor of appellee.

No briefs by either party are found in the record. We have found no fundamental error.

The case is affirmed.